IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STACEY MARC BARRUS, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 5:23-cv-00776-XR |
| v. | § | |
| | § | |
| META PLATFORMS, INC. d/b/a, | § | |
| FACEBOOK, d/b/a INSTAGRAM, and | § | |
| JOHN DOE, aka "a Hacker," | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers Stacey Marc Barrus ("Plaintiff") and Meta Platforms, Inc. d/b/a Facebook d/b/a Instagram's ("Meta") (collectively the "Parties") Joint Motion to Dismiss Case With Prejudice (ECF No. 13). The Parties agree that this case is resolved and should be dismissed in full and with prejudice to refiling, and that this applies to all claims asserted against all defendants in this matter.

The Parties' Motion (ECF No. 13) is hereby **GRANTED**. Therefore, this case, including all claims brought against all defendants, is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**SIGNED** this 16th day of August, 2023

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE